PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

     v.                             Case No.    3:02-CR-0089 (JKS)

SALLY CAMPBELL

It appearing that the above-named has was placed on probation on March 25, 2003 and that period of probation expired on March 24, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

                                        Respectfully submitted,

                                        REDACTED SIGNATURE    4.16.2007

                                        Toni M. Ostanik                          Date
                                        U.S. Probation/Pretrial Services
                                          Officer

REDACTED SIGNATURE
―――――――――――――――――――
Eric D. Odegard
Supervising U.S. Probation Officer

                                      ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

      Dated this____23rd_____ day of _____April_____, 20_07___.

                                      /s/James K. Singleton, Jr.
                                     ―――――――――――――――――――――――――――
                                      James K. Singleton
                                      Senior U.S. District Court Judge